No. 64144.—Frederick H. Cone & Co., Inc. *v.* United States, protest 59/24572 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of sythetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64145.—Lyons Transport *v.* United States, protest 326003–K/9331 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of tennis or badminton racket strings similar in all material respects to those the subject of Abstract 61832, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 9, 1960

No. 64146.—Imported Brands, Inc., et al. *v.* United States, protests 58/24773, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiffs was sustained.